IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA L. MORRISON | : | CIVIL ACTION |
| *A/K/A TARA L. TIETZ, AS* | : | |
| *ADMINISTRATRIX OF THE ESTATE OF* | : | No.  13-1467 |
| *WAYNE H. TIETZ, DECEASED*, et al. | : | |
| | : | |
| v. | : | |
| | : | |
| LINDSEY LAWN & GARDEN, INC. | : | |
| *D/B/A LINDSEY EQUIPMENT F/K/A* | : | |
| *SIEPPELLA EQUIPMENT AND/OR* | : | |
| *CHARLES H. SIEPPELLA, INC.*, et al. | : | |

### **ORDER**

AND NOW, this 4th day of March, 2014, it is ORDERED Defendant Deere & Company's Motion to Transfer Venue (Document 22), which Defendant Lindsey Lawn & Garden, Inc. has joined, is DENIED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, J.